```
                                              FILED
                                        U.S. DISTRICT COURT
                                          AUGUSTA DIV.
```

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA    2006 FEB -1  AM 9: 07

AUGUSTA DIVISION    CLERK _____
                    SO. DIST. OF GA.

| | |
|---|---|
| STEVEN BERNARD BOYD, | ) |
| Movant, | ) |
| v. | ) CV 105-200 |
| | ) (CR 198-12) |
| UNITED STATES OF AMERICA, | ) |
| Respondent. | ) |

## ORDER

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is **ADOPTED** as the opinion of the Court. Movant's Title 28, United States Code, Section 2255 motion is **DENIED** and this civil action is **CLOSED**.

SO ORDERED this 1st day of February, 2006, at Augusta, Georgia.

_____
UNITED STATES DISTRICT JUDGE